FANTINELLI–BOSCO, E.

v.

**PENNDOT**

1895 CD 2016

Commonwealth Court of Pennsylvania.

10/20/2017

Philadelphia County Civil Division, August Term 2016, No. 002554

Reversed/Remanded

**RED LION BORO**

v.

**RED LION BORO ZHB, et al.**

55 CD 2017

Commonwealth Court of Pennsylvania.

10/20/2017

York County Civil Division, 2016–SU–1857–28

Affirmed

TEETER, W.

v.

**PBPP**

317 CD 2017

Commonwealth Court of Pennsylvania.

10/20/2017

Board of Probation & Parole, 323–GS

Affirmed

**RAWLINGS, B.**

v.

**WETZEL, J., et al.**

562 MD 2016

Commonwealth Court of Pennsylvania.

10/20/2017

Original Jurisdiction

Dismissed

**SCHMIDT, D.**

v.

**WCAB (CITY OF ALLENTOWN)**

1887 CD 2016

Commonwealth Court of Pennsylvania.

10/23/2017

Workers' Compensation Appeal Board, A16–0134

Affirmed